# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:20-cr-00026-RWS-JCF**
**USA v. Beria**
**Honorable J. Clay Fuller**

Minute Sheet for proceedings held In Open Court on 10/09/2020.

TIME COURT COMMENCED: 10:27 A.M.
TIME COURT CONCLUDED: 10:32 A.M.
TIME IN COURT: 00:05
OFFICE LOCATION: Gainesville

TAPE NUMBER: JCF-Gaines-FTR
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Louis Beria Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Huber representing USA<br>Bruce Morris representing Louis Beria |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | Telephonic pretrial conference held; Govt's response to Deft's motion to suppress is due within days; Defendant's reply shall be due 14 days thereafter. |