FILED IN OPEN COURT
U.S.D.C. - Gainesville

MAR - 9 2021

JAMES N. HATTEN, Clerk
By: SUKemp Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>LOUIS BERIA | Criminal Action No.<br>2:20-CR-00026 |

**Government's Motion for Leave to File Dismissal**

It appearing in the above-styled case, that defendant Louis Beria pleaded guilty to Count One, of the Criminal Information, case number 2:20-CR-00053, filed November 2, 2020, charging violation of Title 18 United States Code Section(s) 1343, count(s) One through Five are dismissed as to Louis Beria and Movant prays leave of Court to file the same.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

By: CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627
chris.huber@usdoj.gov

---

**Order**

Now, to-wit, on the 9th day of March, 2021, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE